UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| RONALD C CLEVENGER<br>MARCELLA CLEVENGER<br>Debtor(s) | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND<br><br>CASE NO. BKY 05-34504 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Inter City in the amount of $472.56, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Inter City<br>Truck Service<br>649 Pelham Blvd.<br>St Paul, MN 55114 | 4 | $472.56 |

ACCOUNT NUMBER:
19050

Jasmine Z. Keller, Trustee

Dated: August 31, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

# 2667